**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John Anthony HERNANDEZ,
Defendant—Appellant.**

**No. 01–55332.**

**D.C. No. CR–94–00942–MLH**

**CV–00–02204—MLH.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM**

Federal prisoner John Anthony Hernandez appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion, challenging his conviction and sentence for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *Sanchez v. United States,* 50 F.3d 1448, 1451–52 (9th Cir.1995), and affirm.

Hernandez contends that 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by *United States v. Buckland,* 289 F.3d 558 (9th Cir.2002) (en banc), *cert. denied,* —— U.S. ——, 122 S.Ct. 2314, —— L.Ed.2d —— (2002). *See also United States v. Sanchez–Cervantes,* 282 F.3d 664 (9th Cir.2002).

**AFFIRMED.**

---

**2.** Edwards' "Motion to File Opening Brief As Is" is granted.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Hernandez's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.